# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2025

## NO. 03-25-00341-CV

**Jim Clements, Guadalupe Gutierrez, Cynthia Gutierrez, and
Carolyn Lehmann, Appellants**

**v.**

**Jason McBroom, Holly McBroom, Linda McBroom, William Michael McBroom,
Kevin Patrick McBroom, and Melissa Jo McBroom, Appellees**

### APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### DISMISSED -- OPINION BY JUSTICE CRUMP

This is an appeal from the order entered by the trial court on April 18, 2025. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-25-00442-CV. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00442-CV, and dismisses cause number 03-25-00341-CV. The costs will be assessed on the disposition of cause number 03-25-00442-CV.